IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

ROSELLI GRIEGEL, P.C.
By: Mark Roselli, Esq.,
1337 State Highway 33
Hamilton Square, New Jersey 08690
Attorneys for Defendants

_____

| | |
|---|---|
| IN RE: BAYSIDE PRISON LITIGATION<br><br>Joseph ABBOTT,<br>       Plaintiff,<br>  vs.<br><br>William H. FAUVER, et al.,<br>       Defendants. | § Civil Action No.: 1:08-CV-127 (RBK)<br>§<br>§ DEFENDANTS' NOTICE OF<br>§ MOTION FOR SUMMARY<br>§ JUDGMENT AS AGAINST<br>§ PLAINTIFF, JOSEPH ABBOTT<br>§<br>§ *Electronically Filed* |

TO:   CLERK OF COURT
       United States District Court for the District of New Jersey
       Mitchell H. Cohen United States Courthouse
       1 John F. Gerry Plaza
       Camden, New Jersey 08101

       Justin T. Loughry, Esq.
       Lawrence W. Lindsay, Esq.
       LOUGHRY & LINDSAY
       330 Market Street
       Camden, New Jersey 08102
       Paul J. Hirsh, Esq.
       10 Madison Avenue

Case 1:08-cv-00127-RBK-JS    Document 4    Filed 02/08/2008    Page 2 of 3

Paul J. Hirsh, Esq.
10 Madison Avenue
Third Floor
Morristown, New Jersey 07960

Jaime M. Kaigh, Esq.
32 North Black Horse Pike
Suite 5
Blackwood, New Jersey 08012

Rodney D. Ray, Esq.
32 North Black Horse Pile
Blackwood, New Jersey 08010

PLEASE TAKE NOTICE that Defendants, through their counsel Roselli Griegel, P.C., shall move before the Hon. Robert B. Kugler, U.S.D.J., in the United States District Court for the District of New Jersey, Camden, New Jersey, for summary judgment as against the Plaintiff, Joseph Abbott.

PLEASE TAKE FURTHER NOTICE that Defendants shall rely on the enclosed Brief, Statement of Undisputed Material Facts, and Declaration of Mark M. Roselli, Esq. with exhibits attached thereto, and Declaration of James Dutch, with exhibits attached thereto, in support of the within motion.

It is respectfully requested that the Court grant the Defendants oral argument. A proposed form of Order is being submitted herewith.

         Respectfully submitted,

         ROSELLI GRIEGEL, P.C.

Dated: February 8, 2008  By: /s/ Mark M. Roselli, Esq.

CERTIFICATE OF SERVICE

I, Mark M. Roselli, declare as follows:

I am an attorney admitted to practice law in the State of New Jersey. I am familiar with the facts set forth herein.

1. On February 8, 2008, I caused 1) Defendants' Notice of Motion for Summary Judgment as against Plaintiff, Joseph Abbott; (2) Defendants' Brief; (3) proposed form of Order; (4) Declaration of Mark M. Roselli, Esq.; and (4) Declaration of James Dutch, to be filed with the Clerk, United States District Court, Mitchell H. Cohen Federal Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101 and Plaintiff's counsel electronically.

I declare, under penalty of perjury, that the foregoing statement is true and correct. Executed this 8th day of February 2008

Roselli Griegel, P.C.

By:   s/ Mark M. Roselli, Esq.