UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOSEPH ABBOTT                           :

                Plaintiff(s)            :        **JUDGMENT**
    (vs)                                :
                                        :        Civil #08-00127 (RBK)
                                        :
BAYSIDE STATE PRISON, ET AL.            :

            Defendant(s)

-------------------------------------------------------------------

The Hon. John Bissell, Special Master, appointed by this Court having found on December 15, 2010, and no timely objection having been filed,

IT IS, on this 31 day of March , 2011

ORDERED that the report of Hon. John Bissell dated December 15, 2010 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Joseph Abbott**.

HON. ROBERT B. KUGLER, U.S.D.J.